# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143331

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CONWAY DAVIS,
                Claimant-Appellant,

v

ASSOCIATED COMMUNITY SERVICES,
                Respondent-Appellee,
and

DEPARTMENT OF ENERGY, LABOR AND
ECONOMIC GROWTH UNEMPLOYMENT
INSURANCE AGENCY,
                Agency-Appellee.
_____/

SC: 143331
COA: 300440
Wayne CC: 10-004690-AE

On order of the Court, the application for leave to appeal the May 23, 2001 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

t0123